```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  DENNISE D. WILLETT
    Assistant United States Attorney
 3  Chief, Santa Ana Section
    ROBERT J. KEENAN (Bar No. 151094)
 4  Assistant United States Attorney
    U.S. ATTORNEY'S OFFICE
 5  411 West Fourth Street
    Suite 8000
 6  Santa Ana, California 92701
    Telephone:  (714) 338-3597
 7  Facsimile:  (714) 338-3708
    E-Mail:     Rob.Keenan@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. SA CR 10-162-CJC |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER ADVANCING HEARING ON DEFENDANT'S MOTION TO SUPPRESS |
| v. | ) | |
| | ) | PROPOSED HEARING DATE: |
| JESSE ALEXANDER HERNANDEZ, | ) | DATE:   March 4, 2011 |
| | ) | TIME:   9:00 a.m. |
| Defendant. | ) | PLACE:  Courtroom 9-B |

The Court has received, read, and considered the Stipulation of plaintiff United States of America and defendant JESSE ALEXANDER HERNANDEZ ("defendant"), by and through their respective counsel of record, for an order advancing the hearing on defendant's pending motion to suppress from March 9, 2011 to **Friday, March 4, 2011 at 9:00 a.m.**

In light of the Stipulation, and good cause appearing thereon, IT IS HEREBY ORDERED that the hearing on defendant's motion to suppress is advanced from March 9, 2011 to **Friday, March 4, 2011 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: February 25, 2011.

---
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

ANDRÉ BIROTTE JR.
United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Section

   /s/ R.J.K.
---
ROBERT J. KEENAN
Attorneys for Plaintiff
UNITED STATES OF AMERICA